THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: June 18, 2013



Susan V. Kelley
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| In Re: John G Tice & Cynthia L Tice, | Chapter 13 Bankruptcy |
|---|---|
| Debtors | Case No. 12-33837-svk |

**ORDER ON TRUSTEE'S MOTION TO DISMISS**

At the hearing held on June 17, 2013, on the Trustee's Motion to Dismiss this case, based on the representations made on the record, the Court approved the withdrawal of the Trustee's Motion upon the following terms and conditions:

1. The Debtors shall pay $870.00 monthly, or such other amount as specified under the terms of any subsequent Chapter 13 plan confirmed by this Court, to the Office of the Chapter 13 Trustee on or before the last day of each month commencing with June 2013.

2. The Debtors shall file an amended feasible Chapter 13 plan on or before July 26, 2013.

3. Should the Debtors fail to make the equivalent of one monthly payment through and including November 2013, or fail to file an amended feasible Chapter 13 plan on or before July 26, 2013, as provided above, the Trustee may submit an Affidavit of Default and an Order Dismissing Case without further notice or hearing.

4. Thereafter, if there is any subsequent plan default, the Trustee may renew the Motion to Dismiss by letter to the court.

#####

Prepared by:
Rebecca R. Garcia, Staff Attorney
Office of the Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203
T: (414) 271-3943
F: (414) 271-9344